Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

United States Courts Southern District of Texas
FILED
*January 6, 2022*
Nathan Ochsner, Clerk of Court

Case No. **4:21cv0079**
*(to be filled in by the Clerk's Office)*

__AUTRY LEE JONES__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

STATE OF TEXAS, LEVIN & ATWOOD
GEOFFREY C. SANSOM, CARVER L. HENRY &
SARAH A. DUCKERS & MARK T. McDONAL
& MARTINA E. CARTWRIGHT

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* [x] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: AUTRY LEE JONES
Address: 4503 Franklin Park Dr.
Austin, Texas 78744     Texas     78744
City     State     Zip Code
County: TRAVIS
Telephone Number: 512-326-1622
E-Mail Address: sweetjones1943@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: STATE OF TEXAS
Job or Title (if known): To enact the laws of the state
Address: 300 W. 15th St.
Austin, Texas 78701     Texas     78701
City     State     Zip Code
County: Travis
Telephone Number: 800-983-9933
E-Mail Address (if known): Unknown
[xx] Individual capacity    [xx] Official capacity

Defendant No. 2
Name: Levin & Atwood, L.L.P.
Job or Title (if known): Attorneys at Law
Address: 20501 Katy Freeway, ste. 217, Katy, Tx.
Houston, TX     Texas
City     State     Zip Code
County: Harris
Telephone Number: Unknown
E-Mail Address (if known): Unknown
[xx] Individual capacity    [xx] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

Name: CARVER L. HENRY & ASSOCIATES
Job or Title (if known): Attorney at Law
Address: 2616 Truxillo st.
Houston, Texas 77004
*City   State   Zip Code*
County: Harris
Telephone Number: Unknown
E-Mail Address (if known): Unknown

[x] Individual capacity   [x] Official capacity

**Defendant No. 4**

Name: SARAH ANN DUCKERS
Job or Title (if known): Attorney at Law
Address: 6300 W. Loop S. Ste 415
Bellaire, Texas 77401
*City   State   Zip Code*
County: Harris
Telephone Number: Unknown
E-Mail Address (if known): Unknown

[x] Individual capacity   [x] Official capacity

CONTINUE ON PAGE 3A

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

These Defendants violated Plaintiff's First, Fifth, Seventh and Fourteenth Amendment rights Right to Petition, to due process SEE PAGE 3b

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**CONTINUED FROM PAGE THREE**

**Defendant No. 5**

| | |
|---|---|
| Name | Mark T. McDonald |
| Job | Attorney at Law |
| Address | 2850 Holly Hall St.<br>Houston, Texas 77401 |
| County | Harris |
| Telephone number | Unknown |
| E-Mail address | Unknown |

[X] Individual capacity [X] Official capacity

Defendant No. 6
Name                MARTINA E. CARTWRIGHT
Job                 Attorney at Law
Address             3100 Cleburne st.
                    Houston, Texas 77002
[X Individual capacity [X] Official capacity

County              Harris
Telephone Number    Unknown
E-Mail Address      Unknown
[X] Individual capacity [X] Official capacity

3a

**CONTINUED FROM
PAGE THREE 3a II.(A)B**

**II.    Basis for Jurisdiction**

    **A. Are you bringing suit against**

    [ ] Federal officials

    [X] State or local officials

Under the First Amendment to Petition Probate Court, Fifth Amendment of due process, a Jury under the Seventh Amendment and to due process under the Fourteenth Amendment. Plaintiff have a right to petition the government to seek redress of a grievance, The grievance Plaintiff have/had is the sixteen hunderd dollars and the land that the deceased owe Plaintiff prior to the deceased passing.

    Plaintiff grievance against the estates and/or the deceased was for her failing to honor the agreement that she sign in concern of the land legally described as lots 20,30,31,32, and 33 of block 60 of Highland Heights annex section 7, and the sixteen hundered She owed Plaintiff and because Plaintiff is the nephew of decease Pope.

3b

Four attorneys were involved with In re Mary J. Dawson cause No. 360534 and all four attorneys knew of Plaintiff's out of state address yet willfully refused to serve Plaintiff with a citation in concern of In re Mary J. Dawson, and the Defendant in In re Berth Pope did the same thing, Plaintiff file motions in Probate Court number Two and Four and both sat on these motions and refuse to issue a ruling on these motions (BUT) when a member of the bar file a motion, these Courts wasted no time in issuing a ruling and held a hearing while Probate Court number Two and Four pass by Plaintiff's motions like they never exist.

These Defendants violated Plaintiff's First, Fifth Seventh and Fourteenth rights to submit a claim against the estate of In re Mary J. Dawson and In re Bertha Pope.

Plaintiff's Fifth Amendment right was the due process clause of the Fifth Amendment which is made applicable to the State of Texas and all members of the Court by way of the Fourteenth Amendment of the United States Constitution, the Defendants refuse to allow me to submit a claim to Probate Court.

Plaintiff's Seventh Amendment right was violated by these Defendants when they deprived Plaintiff of the right to allow a jury to be the

3c

judge of who the land belonged to and whether the Estate owed Plaintiff sixteen hundred dollars.

These Defendants violated Plaintiff's Fourteenth Amendment right when the Defendants deprived Plaintiff of due process under the Fourteenth of the United States Constitution, for same was enacted so that States could not do what these Defendants did, that is knowingly refuse to comply with the laws of the Constitution.

These Defendants refuse to serve Plaintiff this includes the Judges of these Courts. When In re Mary J. Dawson and Bertha Pope went to Probate each member of the Bar was duty bound to comply with the Probate Code, Estate Code and Government Code they knowingly refuse to comply with these Codes, when they knew that Plaintiff had a claim against these estates. In the matter of Dawson there was two hand written letters to Plaintiff which was submitted to the District Court of Travis County under cause number D-06-GN-004023, and under cause number 2001-05344 of the 334th Judicial District of Harris County where Plaintiff submitted a check and an affidavit that was signed by the deceased which a condition precedent had been met at the deceased request prior to her death.

In the matter of Bertha Pope there was a suit in cause number

3d

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

These Defendants was acting under the Laws which authorize them to practice law in Texas or to enact laws. These laws was not intented to be used to deprive its citizens, which they was used My right to petition to a trial by jury and due process

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

These Defendants was acting under the Laws which authorized them to practice law in Texas or to enact laws, these laws was not entented to be used to deprive its citizens, which they was

### III. Statement of Claim        SEE PAGE 4

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events giving rise to Plaintiff's claims occurred in Houston, Texas when these defendants refuse to serve Plaintiff with Notice of the estates of In re Mary J. Dawson and In re Bertha Pope

B. What date and approximate time did the events giving rise to your claim(s) occur?

SEE PAGE 4a

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE PAGE FOUR b FOR COMPLETION

Page 4 of 6

2008-09-6656; Royal ISD,Brookshire -Katy Drainage District, Waller County vs Eugene Howard,Et al;155th District Court of Waller County,Texas of which Dorothy Dillard was a Defendant of which a judgment to release excess proceeds was entered,of which Plaintiff was part of the disbursement along with Parks, Baldwin and Dillard.

When the Probate Court Judge ruled on the Final Report and Final Account of Bertha Pope's account under cause number 786733 of Probate Court Number Four, the authorized agents for the estate stated that the deceased heirs are in dispute. This statement was made by two of the agents who submitted this statement to Judge william C. McCullen of Probate Court number Four wherefore the records has stated that there is Heirs in this matter and Plaintiff is an Heir for Plaintiff's mother is a sibling of the deceased.

The father of the deceased is Eugene (Sonny) Howard her mother is Mary Eliabeth Jarmon Howard,the deceased and sibling is the daughters of Eugene and Mary Eliabeth Jarmon Howard which makes Plaintiff an heir to the estate of Bertha Pope of which Plaintiff was deprived of submitting a claim to said estate by the defendant here in Martina E. Cartwright by her refusal to serve notice to Plaintiff cause Plaintiff to be denied his right to

4a

submit a claim to Probate Court Number Four, further once Ethel M. Jones was entitled to said estate and passed that made her child entitled to her part of the deceased estate, which would be one tenth of the entire estate.

**CONTINUED FROM PAGE 4a**
**III. Statement of Claim A. B. & C**

**A.**     These events that gave rise to Plaintiff's claims occurred in Houston, Texas when these defendants refused to serve Plaintiff with notice of the estates of In re Mary J. Dawson and In re Bertha pope.

**B.**     Plaintiff fail to know the approximate time nar date for Plaintiff was refuse service of notice by all of these Defendants.

**C.**     The facts underlying Plaintiff's claims are the state of Texas and the judges of Probate Courts Two and Four condone the manner the Courts of Harris County allowed its attorneys to purposely mislead the Courts when the Courts had evidence which disputes the misleading statements the attorneys stated to the Courts, that is the attorneys purposely refuse to serve claimants with notice of deceased estate going to probate.

In the case of In re Mary J. Dawson, cause number 360534 Plaintiff learned in 2016 after he was released from Federal custody that Dawson's estate went to probate in 2006 with Carver L. Henry and Associates, while

Levin and Atwood Attorneys at Law with Geoffrey C. Sandom defending Autry Lee Jones vs Mary J. Parks of cause No. D-1-GN-6-00-4023 of Travis County, Texas. Defendant Parks became Mary J. Dawson in cause No. 360534 of Probate Court No. Two of Harris County.

It was attorney Geoffrey who instructed Demetrice Yevette Baldwin and Carl L. Parks to request Henry and Associates to prosecute cause No. 360534.

It was Defendants Sansom, and Henry at this point who mislead the Court in that they refuse to serve Plaintiff with notice, when it was known to these Defendants of the fact that Plaintiff had a claim against In re Dawson, and Pope it was at this Point that Henry requested Defendant Duckers to prosecute the estate of Dawson and he so moved the Court to give attorney Sarah A. Duckers letters in concern of the estate of Dawson.

Duckers and Mark T. McDonal took the case on to its end and misled the Court in every step of the proceedings as to venue and property and whether the estate had claims or liens against it.

Bertha Pope cause number 386733 was led by Defendant Martina E. Cartwright who took the same steps as Defendants the State of Texas, Geoffrey and Henry in that they misled the Court.

4c

The records of supra cause shows that the Judge of number 386733 submitted a copy of the claims to the Judge of cause number 368733 Probate Court Number Four of Harris County, Texas. This fact is evident from the record that the agents of the Harris County Guardianship program submitted to the Court in Concern of the Final Report and Final Account under Claims that the Heirs is in dispute yet Defendant Martina E. Cartwright stated to the Court that there was no heirs to the estate of Bertha Pope yet there can be no dispute when there is only one person, one Dillard. In concern of to have a dispute and wherefore Plaintiff made the two it took or take to make it a dispute.

4d

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Plaintiff's injuries is not medical it is finanical that Plaintiff has been deprived of the monies Plaintiff is/was by law entitle to from each estate.

## V. Relief

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Plaintiff request that this Court issue a judgement stating whether Plaintiff was or was not denied his constitutional rights in the manner in which these probate matters occurred

I Autry Lee Jones swear by way of Title 28 § 1742(2) that a true and correct copy of same has by certified Mail to each defendant

RESPECTFULLY SUBMITTED

*Autry Jones*
Autry Lee Jones

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/21/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Autry L. Jones

### B. For Attorneys

Date of signing: Pro Se

Signature of Attorney:

Printed Name of Attorney: Autry Lee Jones

Bar Number:

Name of Law Firm:

Address:

City: Austin    State: TX    Zip Code: 78741

Telephone Number: 512-326-1622

E-mail Address: sweetjones1943@gmail.com