UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 06 2022

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| AUTRY LEE JONES<br>Movant | CIVIL ACTION<br>CASE NO. 4:22-cv-00079 |
| V. | MOTION FOR JUDGMENT<br>BY DEFAULT |
| STATE OF TEXAS et al<br>Defendants | |

## JURISDICTION

Movant/Petitioner avers that this most Honorable Court has jurisdiction of this matter by way of the Federal Rules of Civil Procedure Rule 55.

## INTRODUCTION

This matter has been in the legal system for seven years which constitutes a waste of the judicial system time and money. For everyone that is involved with this matter has been envolved with it since 2016 and is more likely than not a member of the Texas Bar and beyound a doubt knows how to find the law that is applicable to the facts of this matter and refuse to do so.

## ISSUES PRESENTED

1. The issues presented to the Court is whether the Court has jurisdiction of the matter before it. Whether this Court has jurisdiction is shown by Movant stating and showing that Rule 55 of the Federal Rules of Civil Procedure authorizes this Court to issue a judgment by default when certain facts are shown.

2. The other issue before the Court is whether the defendants have been served with the Complaint. Movant avers that once the Court rule that Movant is allowed to proceed in forma pauperis it become the duty of the United States marshals to serve the summons citation, complaint and all the paperwork related to be served, yet Movant did not know this when he file the complaint so he served the complaint by certified mail return receipt requested which was completed by the receipts that is a part of this court's filed as a matter of record in this Court.

## CONCLUSION

WHEREFORE, Premises considered and placed before this most Honorable Court Movant prays that since all defendants is members of the bar and surely know how to apply the law to these facts and has refuse to comply with the rules as to replying to the complaint in the required time, that the defendants be found in default and this matter be return to the Harris County Probate Courts of which they came and allow Movant to

submit a claim to the Probate Courts of which should have allowed him to submitt his claims in the first instance.

If these Probate Courts refuse to give movant a ruling on the issues that Movant has or is allowed to present the claims anew to these Probate Courts send Movant back to this Court so that this Court may issue a ruling on whether Movant has proved the issues he present.

## PRAYER

Movant Prays that this Most Honorable Court issue an order that these defendants who handle these estate in cause no. 360534 of Probate Court No. 2, cause No. 386733 of Probate Court No. 4 both of Harris County Texas and give Movant the sixteen hundred dollars of which he is entitled to and that the land in question belong to one Autry Lee Jones for he complied with the condition precedent which was agreed to by Movant and the deceased prior to her death, further in concern of In re Bertha Pope Movant request that either this Court or probate Court No. 4 of Harris County Texas allow Movant to obtain any and all evidence pertaining to any and all property which belong to the deceased prior to her death.

## AFFIDAVIT

I, Autry Lee Jones swear under the penalty of perjury that this Motion along with all of the records that has been submitted to the Court in

concern of this matter is true. This I swear by way of Title 28 section 1746(2).

RESPECTFULLY SUBMITTED

*[signature]*

AUTRY LEE JONES

CERTIFICATE OF SERVICE

I, Autry Lee Jones Movant in the foregoing Motion for Judgment by Default do hereby certify by way of Title 28 section 1746(2) that a copy of this Motion has been mailed to these defendants by way of certified mail return receipt requested for defendant the Texas Attorney General at 300 W. 15th St. Austin, Texas 78701, Cert. No. 7018 0680 0001 6301 0364 and Geoffrey C. Sansom Levin and Atwood of 20501 Katy Freeway Ste 217 Katy, Tx. 77210-4651, Cert. No. 7018 0680 0001 6301 0371 Carver L. Henry and Associates of 2616 Truxillo St. Houston, TX. 77004, Cert. No. 7018 0680 0001 6301 0333, Sarah Ann Duckers of 6300 W. Loop S. Ste. 415 Bellaire, Tx. 77401, Cert. No. 7018 0680 0001 6301 0340, and Martina E. Cartwright of 3100 Cleburne St. Houston, Tx. 77004, Cert. No. 7021 2720 0002 8776 6364 this 3rd day of June 2022.

RESPECTFULLY SUBMITTED

*[signature]*

AUTRY LEE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AUTRY LEE JONES                           CIVIL ACTION
    Movant                                CASE NO. 4:22-cv-00079

v.

STATE OF TEXAS et al
    Defendants

# O R D E R

On this the ____ day of _____ 2022 Movant requested a judgment by default in the above cause. The Court after reviewing the complete files and all docketments submitted with this matter finds that in the matter of In re Mary J. Dawson said estate and or said defendants involved with the matter at that time, give Movant the sixteen hundred dollars owed to Movnat and that the land mentioned in the affidavit which was signed by the deceased prior to her death belong to Autry Lee Jones and only him.

The defendant one Martina E. Cartwright, the attorney representing the estate of In re Bertha Pope, the Va. Medical Center at 2002 Holcombe Boul.Houston, Texas 77030,Ashford Gardens, 7210 Northline Dr. Houston, Texas 77076, the Internal Revenue Service at 1919 Smith St. Houston, Texas 77002, the Social Security Administration10703 Stancliff Rd. Houston, Tx. 77099,Amegy Bank of 1717 W. Loop S. 15th fl. Houston, 77027 in concern of account No. 7701022, and 7791022, JP Morgan Chase Bank of 712 Main Street Houston, Texas 77002, and the Houston Roofers Union as to Jame Pope retirement from the Union and give to Movant all of the documents which pertain to Bertha Pope property which includes the property at 4122 Larkspur, Houston, Texas 77051,Lot 6 Blk 6 of the records of Harris County, Texas and the name of the person who held a part of said property with the deceased and the names of the heirs which the Government mention in its Final report and Final Account at page 2, of same for Bertha Pope. It is so ordered.

_____<br/>JUDGE PRESIDING



AUTRY JONES
4503 FRANKLIN PARK DR
AUSTIN, TX 78744

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7018 0680 0001 6301 0388

United States Courts
Southern District of Texas
FILED
JUN 06 2022
Nathan Ochsner, Clerk of Court

U.S. POSTAGE PAID
FCM LETTER
AUSTIN, TX
78744
JUN 02, 22
AMOUNT
$7.58
R2305E124976-13

Clerk U. S. Dist. Court
515 Rusk st
Houston, Texas 77002

77002-262399